DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORETTA B. LEONARD,**
Appellant,

v.

**THEODORE ROBERTS** and
**LOUIS T. FISHER,**
Appellees.

No. 4D19-2682

[May 7, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 19-006197 (09).

Loretta B. Leonard, Lauderhill, pro se.

Mitchell B. Haller of Klauber Goldman, PA, Plantation, for appellee Theodore Roberts.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***